UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:20-cv-81300-DMM

SHEA DRYDEN,

    Plaintiff,

vs.

RAPID AUTO LOANS, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant, Rapid Auto Loans, LLC, by and through its undersigned counsel, and pursuant to the applicable S.D. Fla. Local Rules, hereby files this Notice of Settlement of All Claims, and in support thereof, Defendant states as follows:

    1.    The Parties have reached a settlement being which will resolve all pending claims in this lawsuit, including attorneys' fees and costs. Accordingly, the Parties and their attorneys are in the process of preparing more formal settlement documents, finalizing and exchanging documents and settlement proceeds.

    2.    The Parties intend to promptly seek dismissal with prejudice in the near future, subject only to the foregoing formalities.

    3.    Moreover, there are no pending motions before the Court which require any of the Court's attention.

    4.    Finally, the Parties hereby notify the Court that this lawsuit is currently scheduled on the Court's two-week trial docket commencing April 12, 2021, with Calendar Call scheduled to be held on April 7, 2021, pursuant to the Order Referring Case and Setting Trial Date [D.E. 6].

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on March 4, 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We further certify that we either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

        Respectfully submitted,

        **LAW OFFICES OF DOUGLAS J. JEFFREY, P.A.**
        **Attorneys for Defendant**
        6625 Miami Lakes Drive East, Suite 365
        Miami Lakes, Florida 33014
        Telephone: (305) 828-4744
        Facsimile:  (305) 828-4718
        Email: dj@jeffreylawfirm.com

        By: <u>Douglas J. Jeffrey, Esq.</u>
            DOUGLAS J. JEFFREY
            Florida Bar No. 149527
            GAIL M. WALSH
            Florida Bar No. 1010154

## SERVICE LIST
## Shea Dryden v. Rapid Auto Loans, LLC
## CASE NO.: 9:20-cv-81300-DMM

**David M. Marco, Esq.**
**SMITHMARCO, P.C.**
55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Email: dmarco@smithmarco.com
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
*Counsel for Plaintiff, Shea Dryden*


**Alexis I. Lehmann, Esq.**
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street
Suite 2510
Philadelphia, PA 19103
Email: alehmann@consumerlawfirm.com
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
*Counsel for Plaintiff, Shea Dryden*