UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:20-cv-81300-DMM

SHEA DRYDEN,

     Plaintiff,

vs.

RAPID AUTO LOANS, LLC,

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS

     Defendant, Rapid Auto Loans, LLC, and Plaintiff, Shea Dryden, stipulate to the dismissal of the instant action with prejudice and that each party hereto shall bear his/its own costs and attorneys' fees incurred in connection herewith.  The Court shall retain jurisdiction to enforce the parties' settlement.

/s/Douglas J. Jeffrey _____
DOUGLAS J. JEFFREY
Florida Bar No. 149527
GAIL M. WALSH
Florida Bar No. 1010154
Law Offices of Douglas J. Jeffrey, P.A.
*Attorneys for Defendant*
6625 Miami Lakes Drive East, Suite 365
Miami Lakes, Florida 33014
Telephone: (305) 828-4744
Facsimile:  (305) 828-4718
Email: dj@jeffreylawfirm.com

Dated: March 15, 2021

/s/David M. Marco _____
DAVID M. MARCO
Florida Bar No. 125266
SmithMarco, P.C.
*Attorneys for Plaintiff*
55 Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
Email: dmarco@smithmarco.com

Dated: March 15, 2021